UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL DEVEL WHITENER, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:06-CV-291 RM |
| vs. ) | |
| ) | |
| EDWIN BUSS, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

On April 11, 2007, Michael Devel Whitener, a *pro se* prisoner, filed a motion for reconsideration of the court's April 3 order granting him leave to proceed *in forma pauperis* on appeal. In his motion, Mr. Whitener states that, at this time, it is impossible to proceed on appeal. Therefore, he requests that the court withdraw his appeal forms and dismiss plaintiff's *in forma pauperis* filing fee payment.

Because Mr. Whitener requests the court to withdraw his appeal forms, the court construes Mr. Whitener's motion as a motion to dismiss his appeal. This court does not have the jurisdiction to dismiss Mr. Whitener's appeal. Even if Mr. Whitener's appeal is dismissed, he is still required to pay the filing fee using the methods of 28 U.S.C. § 1915. See Newlin v. Helman, 123 F.3d 429 (7th Cir. 1999). As a result, Mr. Whitener's motion (docket # 46) is **DENIED** insofar as it seeks relief from this corut. The clerk is **DIRECTED** to forward a copy of Mr. Whitener's motion and a copy of this order to the Seventh Circuit Court of Appeals.

SO ORDERED.

ENTERED: <u>April 23, 2007</u>

   <u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court